UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAVARAS WARREN,

    Defendant.
_____/

Case No. 18-cr-20269
Hon. Matthew F. Leitman

## ORDER DENYING PRO SE MOTION UNDER SECTION 404 OF THE FIRST STEP ACT OF 2018 (ECF #27)

Defendant Tavaras Warren has filed a motion in which he seeks a "reduced sentence" under Section 404 of the First Step Act of 2018. (ECF #27.) The motion is only one sentence, and Warren does not even attempt to explain how he is eligible for relief under the Act. In addition, it does not appear to the Court that Warren is eligible for relief under the Act. For these reasons, IT IS HEREBY ORDERED that the motion is DENIED. If Warren continues to believe that he is eligible for relief under the Act, he may file another motion in which he must <u>specifically</u> explain how he is entitled to relief under the Act.

    **IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2019, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                        Case Manager
                                                        (810) 341-9764